# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  ALEXANDER, DEBRA A | CASE NO: 18-10804 |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 3/2/2020, I did cause a copy of the following documents, described below,

Hearing to be Held 4/1/20@10am re: Objection to Post Petition Fee

Objection to Forced Placed Ins. Fee  Jan. 2, 2020

Proposed Order Denying Jan. 2, 2020 Ins. Fee

Amended Plan dtd 2/28/20 with Cover Sheet

Documentary Proof of Amended Plan Payment

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/2/2020

/s/ John E. Nagurney, Esq.
John E. Nagurney, Esq.  53163
John E. Nagurney, Esq.
12063 Midway Drive
Conneaut Lake, PA  16316
814 382 3328

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  ALEXANDER, DEBRA A | CASE NO: 18-10804 |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 3/2/2020, a copy of the following documents, described below,

Hearing to be Held 4/1/20@10am re: Objection to Post Petition Fee

Objection to Forced Placed Ins. Fee  Jan. 2, 2020

Proposed Order Denying Jan. 2, 2020 Ins. Fee

Amended Plan dtd 2/28/20 with Cover Sheet

Documentary Proof of Amended Plan Payment

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/2/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John E. Nagurney, Esq.
John E. Nagurney, Esq.
12063 Midway Drive
Conneaut Lake, PA  16316

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" HAVE BEEN RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

| CASE INFO | DEBTOR | CHANDRA MARIE ARKEMA |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING 03151<br>CASE 18-10804-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>ERIE<br>MON MAR 2 10-25-51 EST 2020 | DEBRA A ALEXANDER<br>12034 N WATSON ROAD ROAD<br>CONNEAUT LAKE PA 16316-6936 | RICHARD M SQUIRE  ASSOCIATES LLC<br>ONE JENKINTOWN STATION<br>115 WEST AVENUE<br>SUITE 104<br>JENKINTOWN PA 19046-2031 |

| | | |
|---|---|---|
| JEROME B BLANK<br>PHELAN HALLINAN DIAMOND  JONES LLP<br>OMNI WILLIAM PENN OFFICE TOWER<br>555 GRANT STREET SUITE 300<br>PITTSBURGH PA 15219-4408 | CALIBER HOME LOANS<br>PO BOX 650856<br>DALLAS TX 75265-0856 | CAPITAL ONE<br>PO BOX 70886<br>CHARLOTTE NC 28272-0886 |
| CAPITAL ONE BANK USA NA<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 | CRAWFORD COUNTY TAX CLAIM BUREAU<br>CRAWFORD COUNTY COURTHOUSE<br>DIAMOND PARK<br>MEADVILLE PA 16316 | DAVID ALEXANDER<br>12034 N WATSON RUN ROAD<br>CONNEAUT LAKE PA 16316-6936 |
| LSF8 MASTER PARTICIPATION TRUST<br>CO CALIBER HOME LOANS INC<br>13801 WIRELESS WAY<br>OKLAHOMA CITY OK 73134-2500 | LSF8 MASTER PATICIPATION TRUST<br>13801 WIRELESS WAY<br>OKLAHOMA CITY OK 73134-2500 | JILL LOCNIKAR<br>US ATTORNEYS OFFICE<br>700 GRANT STREET SUITE 4000<br>PITTSBURGH PA 15219-1955 |
| SINDI MNCINA<br>RAS CRANE LLC<br>10700 ABBOTTS BRIDGE ROAD<br>SUITE 170<br>DULUTH GA 30097-8461 | JOHN E NAGURNEY<br>ATTORNEY NAGURNEY COTTAGE<br>12063 MIDWAY DRIVE<br>CONNEAUT LAKE PA 16316-3737 | OFFICE OF THE UNITED STATES TRUSTEE<br>LIBERTY CENTER<br>1001 LIBERTY AVENUE SUITE 970<br>PITTSBURGH PA 15222-3721 |
| PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | PENNSYLVANIA DEPT OF REVENUE<br>DEPARTMENT 280946<br>PO BOX 280946<br>ATTN- BANKRUPTCY DIVISION<br>HARRISBURG PA 17128-0946 | RICHARD M SQUIRE ESQ<br>ONE JENKENTOWN STATION STE 104<br>115 WEST AVENUE<br>JENKINTOWN PA 19046-2031 |
| US BANK TRUST NA<br>P O BOX 829009<br>DALLAS TX 75382-9009 | UPMC PHYSICIAN SERVICES<br>PO BOX 1123<br>MINNEAPOLIS MN 55440-1123 | UNITED STATES OF AMERICA<br>US DEPARTMENT OF AGRICULTURE<br>FARM SERVICE AGENCY<br>14699 N MAIN ST EXT<br>MEADVILLE PA 16335-9441 |
| UNITED STATES OF AMERICA FARM SERVICE AGENC<br>CO US ATTORNEYS OFFICE<br>700 GRANT STREET SUITE 4000<br>PITTSBURGH PA 15219-1956 | RONDA J WINNECOUR<br>SUITE 3250 USX TOWER<br>600 GRANT STREET<br>PITTSBURGH PA 15219-2702 | |