IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| In re: | : | Case No.: | | 18-10804-JCM |
| | : | | | |
| Debra A. Alexander | : | Chapter: | | 13 |
| | : | | | |
| *Debtor(s).* | : | | | |
| | : | Date: | | 5/14/2024 |
| | : | Time: | | 02:00 |

### PROCEEDING MEMO

**MATTER**    #134 Motion for Relief from the Automatic Stay
              #137 Response by Debtor

**APPEARANCES:**

  Debtor:         John E. Nagurney
  Trustee:        Kate DeSimone (video)
  U.S. Bank Trust: Brent Lemon (video)

**NOTES:**

Lemon:    This motion for relief is based on property tax advanced totaling well over $9,600. Mr. Nagurney and I have had communications, and he has filed an amended plan. We are interested in seeing the Trustee's thoughts on the plan at the Conciliation.

Nagurney: There are nine months left in this case and other than this my clients are on track to get it done. I was going to propose the same solution.

**OUTCOME:**    Continued to July 16, 2024 at 10:00 A.M. TO to be issued.

SIGNED
5/14/24 4:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA