IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Debra A. Alexander | : | Case No. 18-10804-JCM |
| Debtor(s) | : | Chapter 13 |
| | : | |
| Debra A. Alexander | : | Related to Document No.93, 141 and 143 |
| | | |
| Movant(s) | : | |
| | : | |
| v. | : | |
| | : | |
| U.S. Bank National Association | : | |
| Solely as Trustee of LSF8 Master | : | |
| Participation Trust | | |
| and Ronda J. Winnecour, Trustee, | | |
| Respondent(s) | : | |

**CERTIFICATE OF SERVICE OF AMENDED NOTICE OF PROPOSED MODIFICATION DATED
MAY 21, 2024 TO PROPOSED PLAN DATED MAY 11, 2024**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) _May 21, 2024_.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  CM/ECF as attached.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: May 21, 2024

/s/John E. Nagurney, Esq.
_____
Name: John E. Nagurney, Esq.
        Attorney for the Debtor

Attorney I.D.:  53164
Address: 12063 Midway Drive
             Conneaut Lake, PA 16316
Phone #:  814-382-3328
Facsimile #:  814-382-1156
E-Mail: john@attorneynagurney.com

**18-10804-JCM Notice will be electronically mailed to:**

Chandra Marie Arkema on behalf of Creditor LSF8 MASTER PARTICIPATION TRUST
tuhawkeye@msn.com, carkema@squirelaw.com

Jerome B. Blank on behalf of Creditor LSF8 MASTER PARTICIPATION TRUST
jblank@pincuslaw.com, brausch@pincuslaw.com

Denise Carlon on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS
INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF LSF8 MASTER PARTICIPATION TRUST
dcarlon@kmllawgroup.com

Mark G. Claypool on behalf of Interested Party BK Attorney Services, LLC d/b/a
CERTIFICATEOFSERVICE.COM
mclaypool@kmgslaw.com, knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com

Mark G. Claypool on behalf of Interested Party Jay S. Jump
mclaypool@kmgslaw.com, knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com

Jill Locnikar on behalf of Creditor United States of America, Farm Service Agency
jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Sindi Mncina on behalf of Creditor LSF8 MASTER PARTICIPATION TRUST
smncina@raslg.com

Sindi Mncina on behalf of Creditor U.S. BANK TRUST, N.A.
smncina@raslg.com

Michael J. Musone on behalf of Interested Party BK Attorney Services, LLC d/b/a
CERTIFICATEOFSERVICE.COM
mmusone@kmgslaw.com

Michael J. Musone on behalf of Interested Party Jay S. Jump
mmusone@kmgslaw.com

John E. Nagurney on behalf of Debtor Debra A. Alexander
courtnagurney@zoominternet.net, attorneynagurney@jubileebk.net

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**18-10804-JCM Notice will not be electronically mailed to:**

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541