**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 18-10804-JCM |
| | : | | |
| Debra A. Alexander | : | Chapter: | 13 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 8/6/2024 |
| | : | Time: | 02:00 |

### PROCEEDING MEMO

**MATTER**  #134 Continued Motion for Relief from the Automatic Stay
#137 Response by Debtor

**APPEARANCES:**

Debtor:   John E. Nagurney
Trustee:   Kate DeSimone (video)
U.S. Bank Trust: Brent Lemon (video)

**NOTES:**

Lemon:   I do not have authorization to withdraw, but I believe the confirmed plan takes care of the concerns.

**OUTCOME:**   TO to be entered stating: For the reasons stated at the August 6, 2024 hearing, the Motion for Relief from the Automatic Stay (Doc. 134) is DENIED without prejudice.

SIGNED
8/6/24 5:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA