IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Debra A. Alexander | : Bankruptcy No. 18-10804 |
| Debtor | : |
| | : Chapter 13 |
| Debra A. Alexander | : |
| Movant | : |
| v. | : Related to Document No.164 and 165 |
| Chapter 13 Trustee, and | : |
| U.S. Bank Trust National Assn. as Trustee | : |
| Respondents | : |

## ORDER EXTENDING "DROP DEAD DATE" REGARDING DISMISSAL OF CASE

Whereas the Chapter 13 Trustee has filed a Motion for dismissal of this case, absent a payment by the Debtor sufficient to complete the Debtor's Chapter 13 plan;

Whereas the Debtor, by her counsel, has Filed a Motion to Extend the "Drop Dead Date" regarding the payment necessary to complete her Chapter 13 plan, and thereby avoiding Dismissal of this Case to Monday, February 3, 2025;

Whereas the Debtor has consented to the Dismissal of this case upon a Certificate by the Chapter 13 Trustee that this payment deadline has not been met by the Debtor;

Now Therefore upon due consideration, the Debtor's Motion is GRANTED; and,

IT IS ORDERED that the Debtor shall pay to the Chapter 13 Trustee an amount sufficient to complete the Debtor's Chapter 13 Plan no later than Monday, February 3, 2025;

IT IS FURTHER ORDERED that should this case shall be DISMISSED upon the Certificate by the Chapter 13 Trustee that the above payment has not been timely made.

It is SO ORDERED, by the Court this  24th  day of January, 2025;

SIGNED
1/24/25 3:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

John C. Melaragno, Judge jlm
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10804-JCM |
| Debra A. Alexander | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 24, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2025:**

**Recip ID        Recipient Name and Address**
db              + Debra A. Alexander, 12034 N. Watson Road Road, Conneaut Lake, PA 16316-6936

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2025         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2025 at the address(es) listed below:

**Name**              **Email Address**

Chandra Marie Arkema
                      on behalf of Creditor LSF8 MASTER PARTICIPATION TRUST tuhawkeye@msn.com  carkema@squirelaw.com

Denise Carlon
                      on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF LSF8 MASTER PARTICIPATION TRUST dcarlon@kmllawgroup.com

Jerome B. Blank
                      on behalf of Creditor LSF8 MASTER PARTICIPATION TRUST jblank@pincuslaw.com  brausch@pincuslaw.com

Jill Locnikar
                      on behalf of Creditor United States of America  Farm Service Agency jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

John E. Nagurney
                      on behalf of Debtor Debra A. Alexander courtnagurney@zoominternet.net  attorneynagurney@jubileebk.net

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 2 of 2 |
| Date Rcvd: Jan 24, 2025 | Form ID: pdf900 | Total Noticed: 1 |

Mark G. Claypool
    on behalf of Interested Party BK Attorney Services  LLC d/b/a CERTIFICATEOFSERVICE.COM mclaypool@kmgslaw.com,
    knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com

Mark G. Claypool
    on behalf of Interested Party Jay S. Jump mclaypool@kmgslaw.com
    knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com

Michael J. Musone
    on behalf of Interested Party Jay S. Jump mmusone@kmgslaw.com

Michael J. Musone
    on behalf of Interested Party BK Attorney Services  LLC d/b/a CERTIFICATEOFSERVICE.COM mmusone@kmgslaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Sindi Mncina
    on behalf of Creditor U.S. BANK TRUST  N.A. smncina@raslg.com

Sindi Mncina
    on behalf of Creditor LSF8 MASTER PARTICIPATION TRUST smncina@raslg.com

TOTAL: 13