IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Debra A. Alexander | : Bankruptcy No. 18-10804 |
| Debtor | : |
| | : Chapter 13 |
| Debra A. Alexander | : |
| Movant | : |
| v. | : Related to Document No.164, 165 & 168 |
| Chapter 13 Trustee, and | : |
| U.S. Bank Trust National Assn. as Trustee | : |
| Respondents | : |

### DEBTOR'S AFFIDAVIT OF COMPLIANCE REGARDING
### ORDER EXTENDING "DROP DEAD DATE" REGARDING DISMISSAL OF CASE

John E. Nagurney, Esq.
Attorney for Debtor
Attorney Nagurney Cottage
12063 Midway Drive
Conneaut Lake. PA 16316
814-382-3328
PA ATTY# 53164
john@attorneynagurney.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Debra A. Alexander | : Bankruptcy No. 18-10804 |
| Debtor | : |
| | : Chapter 13 |
| Debra A. Alexander | : |
| Movant | : |
| v. | : Related to Document No.164, 165 & 168 |
| Chapter 13 Trustee, and | : |
| U.S. Bank Trust National Assn. as Trustee | : |
| Respondents | : |

### DEBTOR'S AFFIDAVIT OF COMPLIANCE REGARDING
### ORDER EXTENDING "DROP DEAD DATE" REGARDING DISMISSAL OF CASE

Whereas it was Ordered that the Debtor shall pay to the Chapter 13 Trustee an amount sufficient to complete the Debtor's Chapter 13 Plan no later than Monday, February 3, 2025;

As Debtor's Counsel, I respectfully advise this Court that the Debtor has pay to the Chapter 13 Trustee an amount sufficient to complete the Debtor's Chapter 13 Plan.

More specifically, $2517 was remitted as a Plan Payment and has posted to the Trustee's records on January 13, 2025;

A $6000 payment, as a Marquette Bank Treasury Check dated January 30, 2025, was remitted to the Chapter 13 Trustee's Lock Box in Chicago by Priority Mail on January 30, 2025.

The Debtor's $6000 payment was delivered to the Chapter 13 Trustee's Lock Box in Chicago on February 02, 2025 at 1:57 pm. (Exhibits A,B & C)

Counsel has been advised that it may take several days for this $6000 payment to Post to the Trustee's records.

Respectfully submitted this 4th day of February, 2025,

/s/ John E. Nagurney, Esq.



ALERT: WILDFIRES AND EMERGENCY EVENTS IN THE LOS ANGELES METRO AREA U.S. MAY ...

# USPS Tracking®

FAQs >



**Tracking Number:**

## 9505515859965030569654

Copy    Add to Informed Delivery (https://informeddeliver

### Latest Update

Your package will arrive later than expected, but is still on its way facility.

### Get More Out of USPS Tracking:

**USPS Tracking Plus®**

### Moving Through Network

● **In Transit to Next Facility, Arriving Late**

February 1, 2025

● **Arrived at USPS Regional Facility**

CHICAGO IL DISTRIBUTION CENTER
January 31, 2025, 3:05 pm

● **Departed USPS Regional Facility**

CHICAGO IL LOGISTICS CENTER
January 31, 2025, 1:57 pm

● **Arrived at USPS Regional Facility**

CHICAGO IL LOGISTICS CENTER
January 31, 2025, 1:04 pm

● **In Transit to Next Facility**

January 31, 2025, 11:30 am

● **In Transit to Next Facility**

```
                UNITED STATES
                POSTAL SERVICE.
            CONNEAUT LAKE
            170 N 4TH ST
         CONNEAUT LAKE, PA 16316-9800
              (800)275-8777
01/30/2025                      01:50 PM
----------------------------------------
Product              Qty  Unit     Price
                          Price
----------------------------------------
Priority Mail®        1            $10.10
Window FR Env
    Chicago, IL 60689
    Flat Rate
    Expected Delivery Date
        Sat 02/01/2025
    Tracking #:
        9505 5158 9996 5030 5696 54
    Insurance                      $0.00
        Up to $100.00 included
Total                             $10.10

Sunflower Bqt NDN    1    $1.01    $1.01
----------------------------------------
Grand Total:                      $11.11
----------------------------------------
Credit Card Remit                 $11.11
    Card Name: MasterCard
    Account #: XXXXXXXXXXXX3892
    Approval #
    Transaction #: 597
    AID: A0000000042203       Chip
    AL: Debit
    PIN: Not Required
----------------------------------------
  Text your tracking number to 28777 (2USPS)
  to get the latest status. Standard Message
  and Data rates may apply. You may also
  visit www.usps.com USPS Tracking or call
              1-800-222-1811.

    Save this receipt as evidence of
insurance. For information on filing an
           insurance claim go to
    https://www.usps.com/help/claims.htm
         or call 1-800-222-1811

         Preview your Mail
         Track your Packages
         Sign up for FREE @
    https://informeddelivery.usps.com

  All sales final on stamps and postage.
  Refunds for guaranteed services only.
        Thank you for your business.

      Tell us about your experience.
   Go to: https://postalexperience.com/Pos
   or scan this code with your mobile device.
```



B

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=

1/3

ALERT: WILDFIRES AND EMERGENCY EVENTS IN THE LOS ANGELES METRO AREA U.S. MAY ...

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 9505515859965030569654

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item has been delivered and is available at a PO Box at 1:57 pm on February 2, 2025 in CHICAGO, IL 60680.  ✓

### Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered
**Delivered, PO Box**

CHICAGO, IL 60680
February 2, 2025, 1:57 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                    ⌄

USPS Tracking Plus®                                     ⌄

Product Information                                     ⌄

See Less ⌃



Track Another Package