IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 18-10804-JCM |
| | : | | |
| Debra A. Alexander | : | Chapter: | 13 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 2/4/2025 |
| | : | Time: | 01:30 |

## PROCEEDING MEMO

**MATTER**  #164 Trustee's Motion to Dismiss

**APPEARANCES:**

Debtor: John E. Nagurney
Trustee: Ronda J. Winnecour

**NOTES:**

Nagurney: That is correct. There will be a few days before it is posted and the amounts paid were also in accordance with the Trustee's office. If I get the authorization to sign it on behalf of your office I will sign the consent order and file it.

Winnecour: Those funds have not been posted yet, but I'm sure he is correct that they are going to be. I need to check that he has filed a consent order requiring the postpetition taxes.

J.: In the event the payment is posted, the Chapter 13 Trustee will file a withdrawal of the motion to dismiss.

**OUTCOME:** The hearing on the Trustee's Motion to Dismiss (Doc. 64) is continued to March 4, 2025 at 1:30 P.M in the Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501. In the event the Trustee receives payment in full prior to the hearing, the Trustee shall file a withdrawal, and the hearing will be canceled. TO to be entered.

SIGNED
2/4/25 3:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA