IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Debra A. Alexander | : Bankruptcy No. 18-10804 |
| Debtor | : |
| | : Chapter 13 |
| Debra A. Alexander | : |
| Movant | : |
| v. | : Related to Document CLAIM #5 |
| Chapter 13 Trustee, and | : |
| U.S. Bank Trust National Assn. as Trustee | : |
| Respondents | : |

## STIPULATION and ORDER REGARDING CLAIM #5

Whereas, the Crawford County Tax Claim Bureau filed Claim #5 in the amount of $976.28 on September 26, 2024;

Whereas, this is an Administrative Claim arising during the course of Debtors Chapter 13 proceeding;

Whereas, clarification from Debtor regarding actions to be taken regarding such claim has been requested by the Chapter 13 Trustee's Office;

Now therefore, John E. Nagurney, Esq. acting with the consent of and on behalf of his client, Debra A. Alexander, authorizes the Chapter 13 Trustee to full pay the above-referenced Claim #5 filed by the Crawford County Tax Claim Bureau Entered on November 26, 2024.

/s/ John E Nagurney, Esq., Counsel for Debtor Debra A. Alexander

/s/ Ronda J. Winnecour Esq. Chapter 13 Trustee  (verbal authorization)

It is SO ORDERED, by the Court this_____ day of February, 2025;

_____ USBJ