**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> DEBRA A. ALEXANDER | Case No. 18-10804JCM |
| Debtor(s) <br> RONDA J. WINNECOUR, <br> Standing Chapter 13 Trustee, | Chapter 13 |
| Movant <br> vs. <br> CRAWFORD COUNTY TAX CLM BUREAU* | Document No __ |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

PROOF OF CLAIM HAS NOT BEEN WITHDRAWN, AMENDED OR MARKED SATISFIED.

| | |
|---|---|
| CRAWFORD COUNTY TAX CLM BUREAU* <br> CRAWFORD COUNTY COURTHOUSE <br> 903 DIAMOND PARK SQ <br> MEADVILLE, PA 16335 | Court claim# 5/Trustee CID# 20 |

The Movant further certifies that on 03/07/2025, copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| DEBRA A. ALEXANDER, 12034 N. WATSON ROAD ROAD, CONNEAUT LAKE, PA 16316 | JOHN E NAGURNEY ESQ, NAGURNEY COTTAGE, 12063 MIDWAY DRIVE, CONNEAUT LAKE, PA 16316 |

ORIGINAL CREDITOR:
CRAWFORD COUNTY TAX CLM BUREAU*, CRAWFORD COUNTY COURTHOUSE, 903 DIAMOND PARK SQ, MEADVILLE, PA 16335

NEW CREDITOR: