IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:   Debra Alexander                            :      Bankruptcy No.  18-10804
                                                    :
                        Debtor(s)                   :
                                                    :      Chapter 13
Trustee, or Debtors(s), Movant                      :
                                                    :
                        v.                          :
No Respondent                                       :
Respondents                                         :

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1.      The Debtor has made all payments required by the Chapter 13 Plan.

2.      Include whichever one of the two following statements applies:
        [The Debtor is not required to pay any Domestic Support Obligations]

3.      The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code.  The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4.      On 05/06/25, at docket number [ 181 ], Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c)(4)(B) by filing a *Certificate of Completion of a Personal Financial Management Course*.

        This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):*Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

        Dated:  May 8, 2025_____      By: _____
                                                     Signature
                                                     _/s/ John E. Nagurney, Esq._____
                                                     __John E. Nagurney, Esq_____
                                                     __PA ID# 53164_

                                                      12063 Midway Drive
                                                      Conneaut Lake, PA 16316
                                                     ~~Address of Filer~~
                                                     _____
                                                     Email Address of Filer
                                                     __john@attorneynagurney.com_____
                                                     Phone Number of Filer
                                                     ____814-382-3328_____
                                                     ___

**PAWB Local Form 24 (07/13)**