IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   DEBRA A. ALEXANDER

        Debtor(s)

   Ronda J. Winnecour
        Movant
    vs.
   No Repondents.

Case No.: 18-10804

Chapter 13

Document No.: 184

ORDER OF COURT

   AND NOW, this ___9th___ day of ___July___, 2025, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

SIGNED
7/9/25 12:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____
John C. Melaragno, Judge  jlm
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 18-10804-JCM |
|---|---|
| Debra A. Alexander | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 09, 2025 | Form ID: pdf900 | Total Noticed: 16 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Debra A. Alexander, 12034 N. Watson Road Road, Conneaut Lake, PA 16316-6936 |
| intp | + | BK Attorney Services, LLC d/b/a CERTIFICATEOFSERVI, P.O. Box 4590, Pasco, WA 99302-4590 |
| intp | + | Jay S. Jump, PO Box 4590, Pasco, WA 99302-4590 |
| cr | | U.S. BANK TRUST, N.A., P O Box 829009, Dallas, TX 75382-9009 |
| cr | + | United States of America, Farm Service Agency, c/o U.S. Attorney's Office, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |
| 14896009 | | Crawford County Tax Claim Bureau, Crawford County Courthouse, Diamond Park, Meadville, PA 16316 |
| 14896010 | + | David Alexander, 12034 N. Watson Run Road, Conneaut Lake, PA 16316-6936 |
| 14896011 | + | LSF8 Master Paticipation Trust, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14989137 | + | United States of America, U.S. Department of Agriculture, Farm Service Agency, 14699 N. Main St. Ext., Meadville, PA 16335-9441 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jul 10 2025 00:09:00 | LSF8 MASTER PARTICIPATION TRUST, c/o Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14896007 | + | Email/Text: mtgbk@shellpointmtg.com | Jul 10 2025 00:07:00 | Caliber Home Loans, PO Box 650856, Dallas, TX 75265-0856 |
| 14896008 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 10 2025 00:20:36 | Capital One, PO Box 70886, Charlotte, NC 28272-0886 |
| 14911628 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 10 2025 00:20:44 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 15246467 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 10 2025 00:20:32 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14896818 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 10 2025 00:20:38 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14927695 | | Email/Text: BNCnotices@dcmservices.com | Jul 10 2025 00:08:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS I |
| 15365988 | | U.S. Bank Trust National Association, not, in its individual capacity, but, solely as, Trustee of LSF8 Master Participation Tru |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| | | |
|---|---|---|
| 14896012 | ##+ | Richard M Squire, Esq., One Jenkentown Station STE 104, 115 West Avenue, Jenkintown, PA 19046-2031 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2025       Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Chandra Marie Arkema | on behalf of Creditor LSF8 MASTER PARTICIPATION TRUST tuhawkeye@msn.com carkema@squirelaw.com |
| Denise Carlon | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF LSF8 MASTER PARTICIPATION TRUST dcarlon@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor LSF8 MASTER PARTICIPATION TRUST jblank@pincuslaw.com brausch@pincuslaw.com |
| Jill Locnikar | on behalf of Creditor United States of America Farm Service Agency jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| John E. Nagurney | on behalf of Debtor Debra A. Alexander courtnagurney@zoominternet.net attorneynagurney@jubileebk.net |
| Mark G. Claypool | on behalf of Interested Party Jay S. Jump mclaypool@kmgslaw.com knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com |
| Mark G. Claypool | on behalf of Interested Party BK Attorney Services LLC d/b/a CERTIFICATEOFSERVICE.COM mclaypool@kmgslaw.com, knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com |
| Michael J. Musone | on behalf of Interested Party BK Attorney Services LLC d/b/a CERTIFICATEOFSERVICE.COM mmusone@kmgslaw.com |
| Michael J. Musone | on behalf of Interested Party Jay S. Jump mmusone@kmgslaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sindi Mncina | on behalf of Creditor LSF8 MASTER PARTICIPATION TRUST smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor U.S. BANK TRUST N.A. smncina@raslg.com |

TOTAL: 13